IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JOHNTA T. ROBINSON,

      Appellant,

v.                                        Case No.  5D22-690
                                             LT Case No. 2011-CF-37581-A-X

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed May 10, 2022

3.850 Appeal from the Circuit Court
for Brevard County,
Tesha Ballou, Judge.

Johnta T. Robinson, Carrabelle, pro se.

No Appearance for Appellee.

PER CURIAM.

     AFFIRMED.


EVANDER, EDWARDS and TRAVER, JJ., concur.